[ ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re:  (1) Nicholas A C Harwell | Case No. 19-24008 |
|         (2) Casandra Lashay Harwell | |
| Debtor(s). | Chapter 13 |

### CHAPTER 13 PLAN

**ADDRESS:** (1) 1267 South White Station Road        (2) _____
Memphis, TN 38117

**PLAN PAYMENT:**

**DEBTOR (1)** shall pay $ 417.00  ( ) weekly, ( ) every two weeks, ( X ) semi-monthly, or ( ) monthly, by:

( X ) **PAYROLL DEDUCTION** from:  Pro Star Services, LLC        **OR**  ( ) **DIRECT PAY**.
5160 Wiley Post Way
Salt Lake City, UT 84116

**DEBTOR (2)** shall pay $ _____ ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

( ) **PAYROLL DEDUCTION** from: _____        **OR**  ( ) **DIRECT PAY**.

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION.  [See plan provision #19]        ( ) YES  ( X ) NO

   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]        ( ) YES  ( X ) NO

   (C) AVOIDS A SECURITY INTEREST OR LIEN.  [See plan provision #12].        ( ) YES  ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( X ) Wage Assignment, **OR** ( ) Trustee to:    Monthly Plan Payment:

   TN Child Support _____ ; ongoing payment begins _____        $ Paid outside plan
   Approximate arrearage: N/A        $ _____
   _____ ; ongoing payment begins _____        $ _____
   Approximate arrearage: _____        $ _____

5. **PRIORITY CLAIMS:**
   Internal Revenue Service    Amount: $4,000.00        $ 67.00
   _____ Amount: _____        $ _____

6. **HOME MORTGAGE CLAIMS:** ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:

   _____ ; ongoing payment begins _____        $ _____
   Approximate arrearage: _____    Interest  N/A  %        $ _____
   _____ ; ongoing payment begins _____        $ _____
   Approximate arrearage: _____    Interest  N/A  %        $ _____

7. **SECURED CLAIMS:**
   [Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest:    Monthly Plan Payment:
   _____    _____    _____ %    $ _____
   _____    _____    _____ %    $ _____
   _____    _____    _____ %    $ _____

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325(a)]

| | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| Bridgecrest | $16,716.00 | 5.25 % | $ 318.00 |
| Credit Acceptance | $11,835.00 | 5.25 % | $ 225.00 |
| Royal Furniture | $557.00 | 5.25 % | $ 11.00 |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

_____  Collateral: _____
_____  Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| **Public Storage (Special Class I) Lease** | $334.20 | 0 % | $ 6.00 |
| | | 0 % | $ |
| | | 0 % | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

FedLoan Servicing    ( ) Not provided for    OR    ( X ) General unsecured creditor
_____   ( ) Not provided for    OR    ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

_____
_____

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $85,588.44 .

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____ %, OR,

( X ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Public Storage    ( X ) Assumes    OR    ( ) Rejects.
_____   ( ) Assumes    OR    ( ) Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately  60  months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

_____
_____
_____ .

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/Ursula Jones                                DATE: **05/22/2019** .
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**